O

JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   ED CV 08-01214-SGL(OPx)                                Date:  December 20, 2008

Title:   BANK OF AMERICA, N.A. -v- MARISSA SANCHEZ, ET AL.
==================================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                             None Present
    Courtroom Deputy Clerk                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                      None present

PROCEEDINGS:     (IN CHAMBERS)
                         MINUTE ORDER REMANDING ACTION TO STATE COURT

     On September 17, 2008, this Court issued an Order to Show Cause ("OSC") why the action should not be summarily remanded to State Court due to lack of jurisdiction.  Plaintiff's written response was due within 14 days, thereof.  The deadline for plaintiff to respond to the OSC has expired.  A review of the docket in this matter reflects that no written response has been filed.

     Accordingly, the Court ORDERS this action remanded to State Court.

     IT IS SO ORDERED.

ED CV 08-01214-SGL(OPx)
BANK OF AMERICA, N.A. v MARISSA SANCHEZ, ET AL.
MINUTE ORDER of December 20, 2008